■ In the Matter of PATRICK STARACE, Petitioner, v. ABE LAVINE, Individually and as Commissioner of the New York State Department of Social Services, et al., Respondents.— Proceeding dismissed on the merits and determination of respondent Abe Lavine, dated August 21, 1973, confirmed, without costs (*Matter of Donato* v. *Wyman*, 32 A D 2d 1061). Martuscello, Acting P. J., Shapiro, Christ, Benjamin and Munder, JJ., concur.

■ MICHAEL W. KAYE et al., Respondents, v. JAMAICA HOSPITAL, Defendant, and HARRY A. FEIGENBAUM et al., Appellants.— In a medical malpractice action to recover damages for personal injuries, etc., defendants Feigenbaum and Goldberg appeal from an order of the Supreme Court, Queens County, dated August 31, 1973, which denied the separate motions of defendants Feigenbaum and Goldberg to disqualify plaintiffs' attorneys from serving as such attorneys. Order reversed, without costs, and motion granted (*Edelman* v. *Levy*, 42 A D 2d 758). Gulotta, P. J., Hopkins, Shapiro, Cohalan and Munder, JJ., concur.